UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-120-FDW

| | |
|---|---|
| BENJAMIN WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| LAWRENCE PARSONS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice of Stated Claims, (Doc. No. 34). All the claims against Defendants Lawrence Parsons, Jr., Rhonda Jackson, Everett Andrews, and Jonathan Peguese have been settled. However, the claims against Defendant Jeffrey Wall have not been settled and remain pending. The Stipulation is signed by all parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk of Court will therefore be instructed to enter judgment and terminate this action with regards to Defendants Parsons, Jackson, Andrews and Peguese.

**IT IS THEREFORE ORDERED** that the Clerk of Court is instructed to terminate this action with regards to Defendants **Parsons, Jackson, Andrews**, and **Peguese**.

Signed: January 30, 2019

Frank D. Whitney
Chief United States District Judge